UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

CLR Admin Services, LLC

Debtor.
_____/

Case No. 24-16135-EPK
Chapter 11

## NOTICE OF REMOVAL

Plaintiff CLR Admin Services LLC ("CLR"), by and through its undersigned counsel and in accordance with 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9011 and 9027, hereby files this Notice of Removal, by which it removes from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida (the "State Court"), the complaint filed on May 25, 2023, by Daniel Meeler, derivatively in the right of and for the benefit of CLR Admin Services LLC, which was assigned State Court Case No. 2023-017255-CA-01 (CA43), and states the following:

1.  In accordance with 28 U.S.C. §§ 1334(b) and 1452, a party may remove to the bankruptcy court any claim or cause of action that is related to a bankruptcy case.

2.  Although the complaint, as presently drafted, sets forth derivative claims, the claims belong to CLR's bankruptcy estate and, with the Court's permission, will be pursued by CLR. Any recoveries resulting from those claims belong to the bankruptcy estate of CLR, and in turn, affect distributions from the estate. Therefore, the claims asserted in the complaint are related to the above-captioned bankruptcy case, and this Court has jurisdiction of such claims.

3.  Upon removal, CLR consents to the entry of final orders and judgments by the Bankruptcy Court.

4.  Attached hereto are copies of all process and pleadings.

I hereby certify to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, that: (1) this notice is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions stated in this notice are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions made in this notice have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions set forth in this notice are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Dated: July 16, 2024							Respectfully Submitted,

WERNICK LAW PLLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
(561) 961-0922

*/s/ Corinne Aftimos*
Corinne Aftimos, Esq.
Florida Bar No. 45272
caftimos@wernicklaw.com

/s/ Aaron A. Wernick
Aaron A. Wernick, Esq.
Florida Bar No. 14059
awernick@wernicklaw.com

*Counsel for Plaintiff, CLR*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF notice upon all registered parties on July 16, 2024, and will be filed in the State Court and served upon (i) Robert Giardina, in his capacity as the personal representative of the probate estate of Lawrence Giardina, by ground mail at the following address, 158 Portage Avenue,

Staten Island, NY 10314, (ii) counsel for Robert Giardina, in his individual capacity, at the following email addresses, akluger@klugerkaplan.com, tmeyers@klugerkaplan.com, gcraft@klugerkaplan.com, (iii) counsel for Richard Cardinale at the following email addresses, swergoldj@gtlaw.com, benayouna@gtlaw.com, rita.curran@gtlaw.com, mcmanusj@gtlaw.com, yeargina@gtlaw.com, niewialkouskis@gtlaw.com, jennifer.shiner@gtlaw.com, and (iv) CLR's proposed special litigation co-counsel, rstreit@skslegalgroup.com, and proposed special counsel, akarsten@mcdonaldhopkins.com and chopkins@mcdonaldhopkins.com.

                                                   */s/ Corinne Aftimos*
                                                   Corinne Aftimos, Esq.
                                                   Florida Bar No. 45272

Dated: July 16, 2024